NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NELSON CINTRON,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-1517
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____ )

Opinion filed February 1, 2019.

Appeal from the Circuit Court for Pinellas
County; Philip Federico, Judge.

Howard L. Dimmig, II, Public Defender,
and Warren A. Zimmerman, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Susan D. Dunlevy
and Jonathan S. Tannen, Assistant
Attorneys General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.